UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| JUAN ANTONIO WONG-GONZALEZ | : | No. 10-428-1 |

**O R D E R**

**AND NOW,** this 11th day of August, 2011, upon consideration of Mr. Wong-Gonzalez's Motion to Withdraw Guilty Plea (Doc. No. 87), his supporting Memorandum of Law (Doc. No. 100), the Government's opposition thereto (Doc. No. 89), and following an evidentiary hearing on July 19, 2011, it is **ORDERED** that the Motion is **DENIED**. By separate order, the parties will be notified of the sentencing hearing date.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge